# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LORY CLERK**                                                                            **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:20-cv-730-CWR-FKB**

**SELECT SPECIALTY HOSPITAL – JACKSON, INC.**                 **DEFENDANT**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Lory Clerk and Defendant, Select Specialty Hospital-Jackson, Inc., by and through their counsel of record, hereby file this Stipulation of Voluntary Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties agree that this action be hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

WHEREFORE, the parties respectfully request that this Court dismiss this action **with prejudice**, with each party to bear their own costs and attorneys' fees.

THIS, the 31st day of March, 2021.

                                                    Respectfully submitted,

                                                   **SELECT SPECIALTY HOSPITAL – JACKSON, INC.**
                                                   Defendant

                                                   */s/ Robin Banck Taylor*
                                                   Robin B. Taylor (MS Bar No. 100195)
                                                   Timothy W. Lindsay (MS Bar No. 1262)

OF COUNSEL:

Robin B. Taylor
Timothy W. Lindsay
BUTLER│SNOW LLP
1020 Highland Colony Parkway – Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
**Email**: Robin.Taylor@butlersnow.com
**Email:** Tim.Lindsay@butlersnow.com

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, hereby certify that I have this date electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record as follows:

>Lory Clerk
>674 Hwy 469 South
>Florence, MS 39073
>
>Dennis C. Sweet, III
>Sweet & Associates
>158 East Pascagoula Street
>Jackson, MS 39201

This is the 31st day of March, 2021.

>s/ *Robin Banck Taylor*
>ROBIN BANCK TAYLOR

57769902.v1